THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
MEI-YING M. IMANAKA [SBN 280472]
mimanaka@swsslaw.com
JOHN A. KELLY [SBN 324463]
jkelly@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant,
Midland Credit Management, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA RUIZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. 3:21-cv-00977-BEN-BGS<br><br>**JOINT MOTION TO DISMISS**<br><br>Judge: Hon. Roger T. Benitez<br><br>Mag. Judge: Hon. Bernard G. Skomal<br><br>Complaint Filed: May 24, 2021 |

Plaintiff PATRICIA RUIZ ("Plaintiff") and Defendant MIDLAND CREDIT MANAGEMENT, INC. ("Defendant") (collectively the "Parties"), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby jointly move this Court to dismiss the individual claims of Plaintiff against the Defendant in the above-captioned matter with prejudice and dismiss the putative class claims of Plaintiff without prejudice. The Parties will each bear their own attorneys' fees and costs.

DATED: November 8, 2021         SOLOMON WARD SEIDENWURM & SMITH, LLP

By:  /s/ Thomas F. Landers
    THOMAS F. LANDERS
    MEI-YING M. IMANAKA
    JOHN A. KELLY
    Attorneys for Defendant,
    Midland Credit Management, Inc.

DATED: November 8, 2021         BARSHAY, RIZZO & LOPEZ, PLLC

By:  /s/ Jitesh Dudani
    JITESH DUDANI
    Attorneys for Plaintiff,
    Patricia Ruiz

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jitesh Dudani, counsel for Plaintiff, and that I have obtained Mr. Dudani's authorization to affix his electronic signature to this document.

DATED: November 8, 2021            /s/ Thomas F. Landers
                                   Thomas F. Landers